UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CASSIE ANN PANTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Civil No. C25-5513-SKV<br><br><br>ORDER OF REMAND |

　　Based on the stipulation of the parties, Dkt. 15, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge (ALJ) shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.  The ALJ shall give further consideration to the medical source opinion from Katrina Higgins, Psy.D., and further evaluate the claimant's alleged symptoms.  As necessary, the ALJ shall reconsider the claimant's impairments at steps two and three, reconsider the nonmedical evidence, reconsider the other medical opinion evidence and

Page 1　　ORDER – [C25-5513-SKV]

prior administrative medical findings, reconsider the claimant's residual functional capacity, and reconsider the claimant's ability to work at steps four and five.

DATED this 28th day of October, 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494
benjamin.groebner@ssa.gov